# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THOMAS WILLIAMS,
INDIVIDUALLY, AND ON BEHALF
OF HILDA WILLIAMS

VERSUS

HOMETOWN SENIOR CARE, LLC
AND STACY D. JONES, M.D.

NO.  2025 CW 1302

**APRIL 20, 2026**

---

In Re:   Stacy Jones, M.D., applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
722,057.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED.** The district court's December 16, 2025 judgment denying the exception of prescription filed by defendant, Stacy Jones, M.D., is reversed. Plaintiff's filing of the medical malpractice claim against defendant was untimely. The prescriptive period for filing a medical malpractice claim is one year from the date of the alleged act, omission, or neglect, or within one year from the date of discovery of the alleged act, omission, or neglect. La. R.S. 9:5628(A). Further, where a health care provider is not qualified under the Louisiana Medical Malpractice Act, the filing of a request for review suspends prescription until ninety days following notification by certified mail to the claimant or his counsel that the provider is not covered. La. R.S. 40:1231.8(A)(2)(a). Here, the timely filing of a claim with the Patients Compensation Fund against other defendants, who were deemed qualified health care providers, and against Stacy Jones, M.D., who was a non-qualified provider, did not suspend prescription for the medical malpractice claim against the non-qualified defendant, as joint tortfeasor, beyond ninety days after notice. See **Maestri v. Pazos**, 2015-9 (La. App. 5th Cir. 5/28/15), 171 So.3d 369. Plaintiff was notified by certified letter on April 6, 2022 that Stacy Jones, M.D. was a non-qualified health care provider. Therefore, the prescriptive period for filing a claim against defendant ended on July 8, 2022, or July 25, 2022 at the latest. The petition filed on August 8, 2022 was thus prescribed. Accordingly, the exception of prescription filed by Stacy Jones, M.D., is granted, and plaintiff's claim against this defendant is dismissed.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT